IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **ALEGNO BOYD,** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION FILE NO.** |
| | : | **1:17-CV-03917-TCB-AJB** |
| **v.** | : | |
| | : | |
| **MAXIM HEALTHCARE SERVICES, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

# **O R D E R**

Pending before the Court is the amended motion to withdraw as counsel filed by Plaintiff's attorney, Paul Sharman. [Doc. 26]. For the reasons set out herein, the motion is **DENIED WITHOUT PREJUDICE**.

The Local Rules of this Court have explicit requirements to be followed when a lawyer seeks to withdraw from representing a party in this court. One of those requirements is that counsel must advise his client in the written notice of withdrawal of the name, address and telephone number of the Clerk and opposing counsel. LR 83.1(E)(2)(b)(B), NDGa. ("The notice shall be served upon the client, personally or at that client's last known address, and the notice shall contain at least the following information: . . . (B) The style of the action in which counsel seeks to withdraw, the

AO 72A
(Rev.8/82)

name, address and telephone number of the Clerk and opposing counsel. . . ."). Nowhere in the notice to withdraw did Plaintiff's counsel advise Plaintiff of this information. [*See* Doc. 26-1]. Counsel's motion, in which he states that "Plaintiff was advised of opposing counsel's name, address and phone number in writing numerous times," [Doc. 26 at 2], is insufficient to satisfy the Local Rules' requirement, at least in the absence of written consent to counsel's withdrawal signed by Plaintiff.

As a result, the motion to withdraw, [Doc. 26], is **DENIED WITHOUT PREJUDICE**. Counsel may renew his motion to withdraw upon complete satisfaction of the prerequisites of LR 83.1(E), in the event that Plaintiff does not consent in writing to counsel's withdrawal.

**IT IS SO ORDERED**, this 12th day of March, 2018.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

AO 72A (Rev.8/82)