# Exhibit C

| | |
|---|---|
| **From:** | Nielsen, Sherry A. |
| **Sent:** | Thursday, May 03, 2018 12:11 PM |
| **To:** | reelmcoy3@gmail.com |
| **Cc:** | Turner, Natalie N.; Jackson, Alisha C. |
| **Subject:** | RE: Algeno Boyd v. Maxim Healthcare Services, Inc. - Case Status Inquiry |

F.R.E. 408 Communication

Mr. Boyd,

Thanks for contacting me yesterday to advise that you intend to procced with this matter pro se.

As we discussed, discovery is presently set to close in this matter on June 1, 2018. We understood from your former counsel that you may have documents/information responsive to Defendant's discovery requests that have not been produced. Please update your responses and production of document or confirm that you have produced all documents/information in your custody or control responsive to Maxim's outstanding discovery requests. Additionally, we would like to schedule your deposition for some time during the week of May 20th or May 27th. Please provide dates that you are available for your deposition during that time period.

REDACTED

Please feel free to reach out to me if you have any questions. Thank you.

**Sherry A. Nielsen | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
One Ninety One Peachtree Tower, 191 Peachtree Street, N.E., Suite 4800 | Atlanta, GA 30303 | Telephone: 404-870-1712 | Fax: 404-870-1732
sherry.nielsen@ogletree.com | www.ogletree.com | Bio

---

**From:** Nielsen, Sherry A.
**Sent:** Friday, April 27, 2018 4:00 PM
**To:** 'reelmcoy3@gmail.com'
**Cc:** Turner, Natalie N.; Jackson, Alisha C.
**Subject:** Algeno Boyd v. Maxim Healthcare Services, Inc. - Case Status Inquiry

Mr. Boyd:

Please see the attached correspondence. A copy of the attached will also be placed in Monday's outgoing mail to the address referenced on the letter.

Thank you.

**Sherry A. Nielsen | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
One Ninety One Peachtree Tower, 191 Peachtree Street, N.E., Suite 4800 | Atlanta, GA 30303 | Telephone: 404-870-1712 | Fax: 404-870-1732
sherry.nielsen@ogletree.com | www.ogletree.com | Bio